11421.   SOUTHERN EXPRESS CO. *v.* VICTOR.

·LUKE, J.· For no reason argued in the brief of counsel for the plaintiff in error was it error for the judge of the superior court to overrule the certiorari.

*Judgment affirmed.* *Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 25,· 1921.

Certiorari; from Floyd superior court — Judge Wright. January 31, 1920.

Application for certiorari was denied by the Supreme Court.

*Maddox & Doyal,* for plaintiff in error.

*Willingham & Covington,* contra.